

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| CHARLES RILEY, § | | |
|     Plaintiff, § | | |
| § | | |
| vs. § | CIVIL ACTION NO. 3:15-02331-MGL | |
| § | | |
| FIDELITY INFORMATION SERVICES § | | |
| ("FIS"), FNF; LENDER PROCESSING § | | |
| SERVICES, INC. ("LPS"); LPS DEFAULT § | | |
| SOLUTIONS, INC. DOCX; FIDELITY § | | |
| SOUTHERN CORPORATIONS; § | | |
| CARRINGTON MORTGAGE LOAN § | | |
| TRUST/SERIES 2007-HE1-ASSET BACKED § | | |
| PASSED-THROUGH CERTIFICATES/ § | | |
| STANWICH ASSET ACCEPTANCE § | | |
| COMPANY, LLC; DEUTSCHE BANK § | | |
| NATIONAL TRUST COMPANY; FLEMING § | | |
| & WHITT DEFAULT LAW FIRM; § | | |
| NATIONWIDE INSURANCE; SAFECO § | | |
| INSURANCE CORPORATION OF § | | |
| AMERICA; MARTHA FLEMING; § | | |
| HONORABLE DAVID R. DUNCAN; JOY S. § | | |
| GOODWIN; RYAN W. HOVIS; BRUCE § | | |
| ROSE; TOYOTA MOTOR CREDIT § | | |
| CORPORATIONS; and EDDYE LANE, § | | |
|     Defendants. § | | |

ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND DISMISSING PLAINTIFF'S COMPLAINT
WITHOUT PREJUDICE AND WITHOUT ISSUANCE AND SERVICE OF PROCESS

    This case was filed pursuant to 15 U.S.C. § 78J(B); 18 U.S.C. §§ 152(4), 1956, 1957.453, and 2314; 31 U.S.C. § 3729(a)(1)(A), (a)(1)(B), and (a)(1)(C); 42 U.S.C. §§ 1983 and 1985; and South Carolina law. Plaintiff is proceeding pro se. The matter is before the Court for review of the

Report and Recommendation (Report) of the United States Magistrate Judge suggesting that the Court dismiss the Complaint without prejudice and without issuance and service of process. The Magistrate Judge also recommends that the Court deny Plaintiff's ex parte motion for a temporary restraining order, preliminary injunction, and permanent injunction. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on June 18, 2015, and the Clerk of Court entered Plaintiff's objections on July 6, 2015. The Court has reviewed the objections, but finds them to be without merit. Therefore, it will enter judgment accordingly.

In Plaintiff's objections, he makes no specific objections to the Report. Instead, he generally reiterates claims that the Magistrate Judge has already considered and rejected. Because the Court agrees with the Magistrate Judge's treatment of those issues, it need not discuss them again here. Therefore, it will overrule Plaintiff's objections.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of this Court that the Complaint is **DISMISSED WITHOUT PREJUDICE** and without issuance and service of process.

Further, as recommended by the Magistrate Judge, it is the judgment of this Court that Plaintiff's ex parte motion for a temporary restraining order, preliminary injunction, and permanent injunction is **DENIED**.

**IT IS SO ORDERED**.

Signed this 17th day of September, 2015, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

Plaintiff is hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.